the freight charges mistakenly and without full knowledge of all the facts is one that should be determined only after a trial. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■

HOME INDEMNITY COMPANY, Respondent, v. ROBERT J. CORIE, JR., et al., Appellants, et al., Defendant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ. [206 Misc. 720. ]

■

BENJAMIN DRANOW, Appellant, v. VIRGINIA DARE STORES CORPORATION et al., Defendants, and GRAYSON-ROBINSON STORES, INC., et al., Respondents.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Cox, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FREY, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■

MARY P. SPENCER, Respondent, v. RICHARD S. CHILDS et al., Appellants.— No opinion. Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.; Cox, J., dissents and votes to reverse and dismiss the complaint in the following memorandum: This court heretofore upheld the sufficiency of the complaint (283 App. Div. 788). On the trial of the action, plaintiff failed to sustain the burden cast upon her by the law. There is a complete failure of proof to establish that the testatrix intended that the words in paragraph 3d of the testatrix' will should constitute a mandatory direction to her children to make the payments therein set forth. The judgment should be reversed and the complaint dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT PACUICCA, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Cox, JJ.

■

MINNIE ROBINSON et al., v. ABNER A. LANDIS et al.— Concur — Peck, P. J., Breitel, Bastow and Cox, JJ.

■

(October 11, 1955.)

■

ADALBERT GREINER, Respondent, v. HANS J. FREUND, Appellant.